The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORY AV,<br><br>                    Plaintiff,<br><br>   vs.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>                    Defendant. | No. 3:24-cv-05052-DGE<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

THIS MATTER, having come before the Court on the Parties' Stipulated Motion to Continue Trial Date, and the Court having considered the Parties' stipulation and the documents in the Court record,

IT IS HEREBY ORDERED that the Parties' Stipulated Motion to Continue Trial Date is GRANTED. The Court finds good cause to continue the trial date and reset the case schedule deadlines as follows:

//

//

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE
Case No. 3:24-cv-05052-DGE – 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

7676471

| Case Event | New Deadline |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | **March 25, 2025** |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | **April 25, 2025** |
| Deadline to file all motions related to discovery | **June 3, 2025** |
| Deadline to complete discovery | **June 9, 2025** |
| Deadline to file all dispositive motions | **July 7, 2025** |
| Deadline to file motions *in limine* pursuant to Local Rule CR 7(d)(4) | **September 29, 2025** |
| Deadline to file agreed pretrial order with the Court | **October 13, 2025** |
| Deadline to submit trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case, and deposition designations | **October 13, 2025** |
| Pretrial conference will be held at 1:30 PM on | **October 24, 2025** |
| **JURY TRIAL** | **November 3, 2025** |

Dated this 24th day of October 2024.

David G. Estudillo
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE
Case No. 3:24-cv-05052-DGE – 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

7676471

*Presented by:*

CORR CRONIN LLP

*s/ Emily Harris*
Emily J. Harris, WSBA No. 35763
Brittany A. Madderra, WSBA No. 48514
1015 Second Avenue, Floor 10
Seattle, WA  98104
Tel: (206) 625-8600
Fax: (206) 625-0900
eharris@corrcronin.com
bmadderra@corrcronin.com

PORZIO, BROMBERG & NEWMAN, P.C.

*s/Diane Averell*
Diane Fleming Averell, *Admitted Pro Hac Vice*
Raquel R. Rivera, *Admitted Pro Hac Vice*
100 Southgate Parkway
Morristown, NJ 07962
Tel: (973) 889-4150
DFAverell@pbnlaw.com

*Attorneys for Defendant Church & Dwight Co., Inc.*

SCHAUERMANN THAYER

*s/Scott Staples (signed with permission)*
Scott Staples, WSBA # 39325
Schauermann Thayer
1700 E. Fourth Plain Blvd.
Vancouver, WA 98661
scotts@stlaw.com

*Attorneys for Plaintiff Nory Av*

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE
Case No. 3:24-cv-05052-DGE – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

7676471